UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GWENDOLYN SPURLOCK | CIVIL ACTION |
| VERSUS | NO: 20-1608 |
| UNITED AUTO CREDIT CORPORATION, ET AL. | SECTION: "J"(2) |

**ORDER**

Before the Court is a *Motion for Summary Judgment* **(Rec. Doc. 24)** filed by Defendants, ALS Resolvion, LLC, Allstar Recovery, LLC, and United Auto Credit Corporation. Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition with citations of authorities be filed and served no later than eight (8) days before the noticed submission date. Defendants set the motion for submission on January 27, 2021. Plaintiff, however, has failed to file a timely opposition. It further appearing to the Court that the motion has merit,

**IT IS ORDERED** that Defendants' *Motion for Summary Judgment* **(Rec. Doc. 24)** is **GRANTED**. Plaintiff's claims are hereby **DISMISSED** with prejudice.

A motion for reconsideration of this Order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days. The motion must be accompanied by an opposition memorandum to Plaintiff's *Motion for Summary Judgment* **(Rec. Doc. 24)**. Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection

with the motion, including attorney's fees, may be assessed against the party moving for reconsideration. *See* Fed. R. Civ. P. 16.

New Orleans, Louisiana, this 27th day of January, 2021.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE